FILED
DSM

United States Disrict Court
Middle District of Florida
Jacksonville Division

2010 NOV -2 AM 11:28

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Dianne Roberta Adeniji
Plaintiff,

CIVIL ACTION Summary Judgement
False Personating Officer

3:10-cv-1008-J-20JRK

Jacksonville Sheriff's Office
Arrest and Booking
John Rutherford
Police Memorial Building
501 East Bay Street
Jacksonville, Florida 32202

Summary Jugement

False personating officer on October 28, 2010 5:00 clock violated the civil rights of Dianne R. Adeniji at the Rosa Bus Terminal, 201 Union Street W. Jacksonville, Florida 32202.

False personating officer had Dianne R. Adeniji arrested and searched. She was wrestled to the ground. The false personating officer's ID badge code 7663 is not his ID.

West's Florida Statues Annotated 22D, Sections 837 to 892 Crimes, 843.08 775.083,775084 prohibit such acts.

The Civil Rights Act of 1964 protects plaintiff, Dianne R. Adeniji from false arrest, search and assault and provides for civil remedies for intentional discrimination.

A) Right of Recovery

B) Compensatory and Punitive Damages

Pursuant to the 1964 Civil Rights Act

RELIEF

A) Expunge Arrest and Booking Record of October 28, 2010.

B) Compensatory Damages of $1,000,000.00 and Punitive Damages of $1,000.000.00

The United States Code 2006 Edition B-G, Title 42 & 2000h-2 of the Civil Rights Act provides for relief from denial of equal proctection of law on account of race, color, religion, national origin or sex and removal of cases, State to Federal Court, 28, 1443.

Dianne R. Adeniji Pro Se
2932 Tall Pine Lane W. Apt. 7
Jacksonville, Florida 32277

D R Adeniji