FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DSY

2011 JAN 13 AM 9:07

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

DIANNE ROBERTS ADENIJI,

    Plaintiff,

v.                               Case No.: 3:10-cv-1008-J-20JRK

JACKSONVILLE SHERIFF'S OFFICE,
Arrest and Booking, and
JOHN RUTHERFORD,

    Defendants.
_____/

## ORDER

Before this Court is Plaintiff's Notice of Appeal (Doc. 9, filed December 16, 2010), which this Court will construe as an objection to the Magistrate Judge's Order (Doc. 6, entered December 8, 2010) taking under advisement Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2, filed November 2, 1010).

A Magistrate Judge's ruling on a non-dispositive matter, including the denial of a request to proceed *in forma pauperis*, is reviewed for abuse of discretion. *In re Arnold*, 166 F. App'x 424, 425 (11th Cir. 2006) (per curiam); *White v. Thyssenkrupp Steel USA, LLC*, Civil Action No. 09-0286-WS-N, 2010 WL 2041821, at *1 (S.D. Ala. May 20, 2010).

Pursuant to 28 U.S.C. § 1915(a)(1), a district court may authorize the commencement of an action without prepayment of fees. However, the court may deny a request to proceed *in forma pauperis* ("IFP") if the plaintiff fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e).

Here, the Magistrate Judge determined that Plaintiff's complaint failed to contain adequate factual allegations to state a cause of action. As such, Plaintiff's motion for IFP status was taken under advisement and Plaintiff was given an opportunity to file an amended complaint consistent with the Order. (Doc. 6 at 7). Upon review, this Court finds that the Magistrate Judge's Order was not an abuse of discretion.

Accordingly, it is **ORDERED** and **ADJUDGED**:

Plaintiff's construed objection (Doc. 9, filed December 16, 2010) is **OVERRULED**.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of January, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Dianne Roberts Adeniji, *Pro se*